# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JOHN WENINGER, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

v.

GENERAL MILLS OPERATIONS, LLC,

                    Defendant.

Case No. 18-CV-321-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that, pursuant 29 U.S.C. § 216(b) and the parties' stipulation, the Settlement Collective class in this matter is defined as: all 437 current and former hourly paid, non-exempt Production Employees employed by Defendant at any of its Production Facilities in the United States between March 2, 2015 and March 2, 2018 and who received a "wage incentive bonus" and have filed opt-in forms and/or have consented to join this lawsuit (Docket #82, #83, #92, and #93);

   **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff John Weninger is designated as the Class Representative (Docket #83);

   **IT IS FURTHER ORDERED AND ADJUDGED** that the Settlement Agreement (Docket #79-1) reached by the parties constitutes a fair, reasonable, and adequate resolution of a bona fide dispute in this matter (Docket #93);

   **IT IS FURTHER ORDERED AND ADJUDGED** that the 437 Settlement Collective class members will be bound by the Settlement

Agreement and will receive payments in the aggregate amount of $14,410.00, inclusive of a $5,000.00 incentive award to Class Representative John Weninger (Docket #93);

**IT IS FURTHER ORDERED AND ADJUDGED** that Walcheske & Luzi, LLC is designated as Class Counsel (Docket #83);

**IT IS FURTHER ORDERED AND ADJUDGED** that Class Counsel shall receive $113,090.00 as reasonable attorneys' fees and costs (Docket #93);

**IT IS FURTHER ORDERED AND ADJUDGED** that, without affecting the finality of the Court's Final Approval Order and this Judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to interpretation, administration, implementation, effectuation, and enforcement of the Settlement Agreement; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **TERMINATED** except as necessary to enforce the terms of the Settlement Agreement, each side to bear its own costs and attorneys' fees except as provided in the Court's Final Approval Order and this Judgment (Docket #93)**.**

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

April 18, 2019          *s/ Jodi L. Malek*
_____          _____
Date                By: Deputy Clerk